LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiffs
JESUS PADILLA and OKSANA PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PADILLA and OKSANA PADILLA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>REGIONAL ACCEPTANCE CORPORATION, a North Carolina corporation; TRACKER AUTO RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:17-CV-01989-TLN-DB<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this entire action has been settled. The settlement is conditional and should be completed within the next 20 calendar days. Plaintiffs respectfully request that the Court allow 30 calendar days for the parties to file a stipulation of dismissal, and that the Court vacate all dates presently calendared in this action.

Dated: March 9, 2018

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

By: ___/s/___
       Brandon Block

Attorneys for Plaintiffs
JESUS PADILLA and OKSANA PADILLA