LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone: 310.887.1440
Facsimile: 310.496.1420

Attorneys for Plaintiffs
JESUS PADILLA and OKSANA PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PADILLA and OKSANA PADILLA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REGIONAL ACCEPTANCE CORPORATION, a North Carolina corporation; TRACKER AUTO RECOVERY, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:17-CV-01989-TLN-DB<br><br>**STIPULATION FOR DISMISSAL OF ACTION [F.R.C.P. 41(a)(1)]** |

# STIPULATION FOR DISMISSAL OF ACTION

Pursuant to F.R.C.P. 41(a)(1), plaintiffs Jesus Padilla and Oksana Padilla, defendant Regional Acceptance Corporation and defendant Tracker Auto Recovery, Inc., by and through their counsel of record, hereby stipulate to dismissal of this action with prejudice. With the exception of any payments required by the parties' settlement agreement, the parties shall bear their own attorney's fees and costs in this action.

Dated: March 19, 2018

LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

By: /s/
Brandon Block

Attorneys for Plaintiff
JESUS PADILLA and OKSANA PADILLA

Dated: March 19, 2018

TROUTMAN SANDERS

By: /s/
Jessica Lohr

Attorneys for Defendants
REGIONAL ACCEPTANCE CORPORATION and TRACKER AUTO RECOVERY, INC.

I, Brandon A. Block, attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/
Brandon A. Block